IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR 09-31-TUC-DCB(JCG) |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ANIBAL FONSECA-OLIVAS, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Motion to Suppress Physical Evidence and Statements.

Magistrate Judge Guerin conducted a hearing on May 26, 2009, and issued her Report and Recommendation (doc #37) on June 5, 2009. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

**IT IS ORDERED** that Magistrate Judge Guerin's Report and Recommendation (doc #37) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Suppress Physical Evidence and Statements is DENIED.

DATED this 25th day of June, 2009.

David C. Bury
United States District Judge